## IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN ALSABAGH,
Appellant,
vs.
TAKEDA CHEMICAL INDUSTRIES,
LTD.; TAKEDA PHARMACEUTICALS
AMERICA, INC., A FOREIGN
CORPORATION; TAKEDA
PHARMACEUTICALS NORTH
AMERICA, INC., A FOREIGN
CORPORATION;
AND TAKEDA PHARMACEUTICALS
COMPANY LIMITED, A FOREIGN
CORPORATION,
Respondents.

No. 65373

**FILED**

JAN 0 8 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie V. Lindeman_

cc: Hon. Susan Johnson, District Judge
The Miller Firm, LLC
Hamilton Law
Snell & Wilmer, LLP/Las Vegas
Fulbright & Jaworski, LLP/Dallas
Sidley Austin LLP/Washington, DC
Campbell Trial Lawyers
Gordon & Rees LLP/Austin
Gordon & Rees, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-00677